**UNITED STATES of America,
Appellee,**

v.

**Humberto Antonio BARBOSA–RAMIREZ, Appellant.**

No. 04–2811.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 29, 2005.

Decided: July 11, 2005.

Bruce Wellesley Gillan, U.S. Attorney's Office, Omaha, NE, for Appellee.

Humberto Antonio Barbosa–Ramirez, Leavenworth, KS, pro se.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

After Humberto Barbosa–Ramirez (Ramirez) pleaded guilty to conspiring to distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1), (b)(1), and 846, the district court [1] sentenced him to 10

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

years imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Upon careful review of counsel's brief and the entire record, *see Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that Ramirez's sentence, a 10–year statutory mandatory minimum, was proper based on his admitted drug quantity. We also conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.